*E-Filed 9/14/15*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT PRICE MCCOWAN, | No. C 13-3554 RS (PR) |
| Plaintiffs, | **ORDER EXTENDING TIME** |
| v. | |
| B. HEDRICKS, et al., | |
| Defendants. | |

Defendants' motion to extend time to file a motion for summary judgment (Docket No. 27) is GRANTED.  Such motion shall be filed on or before November 14, 2015.

Plaintiff's motion to prosecute staff (Docket No. 24) is DENIED.  The Court cannot institute a prosecution.  If plaintiff wishes to pursue the issues raised in his motion, he should contact state or federal prosecutors.  If he wishes to file civil claims against them, he may file a new civil rights action.  His companion motion to compel discovery (Docket No. 25) is also DENIED.  The Clerk shall terminate Docket Nos. 24, 25, and 27.

**IT IS SO ORDERED**.

DATED: September 14, 2015

RICHARD SEEBORG
United States District Judge